

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00498-CR

Alexander E. **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8604
Honorable Laura Lee Parker, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: September 21, 2022

DISMISSED FOR LACK OF JURISDICTION

On June 7, 2022, appellant Alexander E. Garza was convicted of aggravated assault against a public servant, and he filed a pro se notice of appeal challenging the trial court's judgment. The clerk's record contains a copy of the judgment of conviction, but it does not include a motion for new trial. Because Garza did not file a motion for new trial, his notice of appeal was due by July 7, 2022 or a notice and motion for extension of time was due fifteen days later. *See* TEX. R. APP. P. 26.2(a)(1), 26.3. However, the clerk's record shows Garza's notice of appeal was postmarked

on July 26, 2022 and file-stamped on July 28, 2022, and there is nothing in the record indicating he filed a motion for extension of time. *See id*. R. 26.3.

A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Because it appeared the notice of appeal was untimely, we ordered Garza to show cause in writing by September 14, 2022 why this appeal should not be dismissed for lack of jurisdiction. *See id.* Garza's counsel filed a response confirming the notice of appeal was untimely. Accordingly, because Garza's notice of appeal was untimely, we dismiss this appeal for lack of jurisdiction. *See id*.; *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (out-of-time appeal from final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure). All pending motions are dismissed as moot.

PER CURIAM

Do Not Publish